*In re* DESIGNACIÓN DEL DIRECTOR EJECUTIVO DEL PROGRAMA DE EDUCACIÓN JURÍDICA CONTINUA.

*Número:* EN-2016-03    *Resuelto:* 29 de marzo de 2016

## RESOLUCIÓN

En virtud de la Regla 8 del Reglamento del Programa de Educación Jurídica Continua, según enmendada, 4 LPRA Ap. XVII-E, el Tribunal Supremo designa al Lcdo. José Ignacio Campos Pérez como Director Ejecutivo del Programa de Educación Jurídica Continua, efectivo el 1 de abril de 2016.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*